Lounge, Appellant-Respondent, Barzman, Kasimov & Vieth, D.D.S., P.C., et al., Respondents, and R.M.F. Holding Corporation, Appellant. [930 NYS2d 171]—
Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

In the Matter of Sisters of Charity Hospital, Respondent, v Richard F. Daines, M.D., Commissioner of Health, State of New York, et al., Appellants. [930 NYS2d 171]—
Present—Centra, J.P., Fahey, Peradotto, Lindley and Sconiers, JJ.

The People of the State of New York, Respondent, v Virginia Richardson, Appellant. [930 NYS2d 504]—

Present—Scudder, P.J., Fahey, Lindley, Green and Gorski, JJ.

The People of the State of New York, Respondent, v Christopher Jones, Appellant. [930 NYS2d 171]—
Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.

Elizabeth L. Haidt, Respondent, v Joseph F. Kurnath, M.D., Defendant, and Henry Wengender et al., Appellants. [930 NYS2d 171]—
Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.

Jason Thome, Respondent, v Benchmark Main Transit Associates, LLC, et al., Appellants, et al., Defendant. [932 NYS2d 20]—
Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.

In the Matter of Communication Workers of America, Local 1170, Appellant, v Town of Greece, Respondent. In the Matter of Town of Greece, Respondent, v CWA Local 1170 (Gold Badge Club), on Behalf of Thomas Schamerhorn, Appellant. [932 NYS2d 20]—
Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.

In the Matter of Robert P. Meegan, Jr., Individually and as President of Buffalo Police Benevolent Association, et al.,